# EXHIBIT A

## THOMAS KELLY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Adam Raised a Cain | Darkness on the Edge of Town | 3-323 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| BMG Music | Dave Matthews Band | Drive In Drive Out | Crash | 212-572 |
| Elektra Entertainment Group Inc. | Phish | Farmhouse | Farmhouse | 281-388 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| UMG Recordings, Inc. | Godsmack | Awake | Awake | 293-376 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |