UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware Corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware General Partnership; CAPITOL RECORDS, INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware Corporation; PRIORITY RECORDS, LLC, a California Limited Liability Company; and BMG MUSIC, a New York General Partnership

V. C.AN. NO: 06-120S

THOMAS KELLY

**ENTRY OF APPEARANCE**

I, Carl S. Levin, enter my appearance on behalf of Thomas Kelly.

Defendant,
By his attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26

**CERTIFICATION**

I, the undersigned hereby certify that on this 30th day of March, 2006, I did send a true copy of the within Entry of Appearance to:

James O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Road
North Kingstown, Rhode Island 02852