UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware Corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware General Partnership; CAPITOL RECORDS, INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware Corporation; PRIORITY RECORDS, LLC, a California Limited Liability Company; and BMG MUSIC, a New York General Partnership

V. C.AN. NO: 06-120S

THOMAS KELLY

ANSWER

**JURISDICTION AND VENUE**

1. In so far as this paragraph sets forth a standard of law, Defendant leaves such standard in the hands of the Court.

2. In so far as this paragraph sets forth a standard of law, Defendant leaves such standard in the hands of the Court.

3. In so far as this paragraph sets forth a standard of law, Defendant leaves such standard in the hands of the Court.

**PARTIES**

4. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegation contained in this paragraph and leaves Plaintiff to its proof thereof.

5. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegation contained in this paragraph and leaves Plaintiff to its proof thereof.

6. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegation contained in this paragraph and leaves Plaintiff to its proof thereof.

7. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegation contained in this paragraph and leaves Plaintiff to its proof thereof.

8. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegation contained in this paragraph and leaves Plaintiff to its proof thereof.

9. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegation contained in this paragraph and leaves Plaintiff to its proof thereof.

10. Admitted.

**COUNT I**
**INFRINGEMENT OF COPYRIGHTS**

11. Defendant reasserts his responses to the allegations set forth in paragraphs one through ten as if fully set forth herein.

12. Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations contained in this paragraph and leaves Plaintiffs to their proof thereof.

13. In so far as the allegation contained in this paragraph sets forth a standard of law, Defendant leaves such standard in the hands of the Court. To the extent a response is required, Defendant is without sufficient information to form a belief as to the truth of falsity of the allegation contained in this paragraph and leaves Plaintiffs to their proof thereof.

14. Denied.

15. Defendant is without sufficient information to form a belief as to the truth of falsity of the allegations contained in this paragraph and leaves Plaintiffs to their proof thereof. Defendant denies that he accessed the referenced sound recordings.

16. Denied.

17. Denied.

18. Denied.

***WHEREFORE***, Defendant demands Judgment against Plaintiffs, payment of costs incurred in the defense of this action, and any other relief the Court deems just and appropriate.

## AFFIRMATIVE DEFENSES

1. Defendant pleads the affirmative defense of a failure to state a claim upon which relief may be granted.

2. Defendant denies that he is in any way liable to the Plaintiffs for the allegations set forth in the Complaint.

3. Defendant pleads the affirmative defense of statute of limitations.

4. Defendant pleads the affirmative defense of laches.

5. Defendant pleads the affirmative defense of estoppel.

Defendant,
By his attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 Facsimile

## CERTIFICATION

I, the undersigned hereby certify that on this 30th day of March, 2006, I did send a true copy of the within Answer to:

James O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Road
North Kingstown, Rhode Island 02852