**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and BMG MUSIC, a New York general partnership, | Civil No. CA06-120S |
| Plaintiffs, | Judge William E. Smith |
| v. | |
| THOMAS KELLY, | |
| Defendant. | |

**MOTION TO DISMISS**

Plaintiffs Elektra Entertainment Group Inc., Sony BMG Music Entertainment, Capitol Records, Inc., UMG Recordings, Inc., Priority Records LLC, and BMG Music (collectively, "Plaintiffs") respectfully move this Court to dismiss the above-named matter with prejudice, each side to bear its own costs and fees.

Dated: 7/31/06

Respectfully Submitted,

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; PRIORITY RECORDS LLC; and BMG MUSIC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of July 2006, a copy of the foregoing **MOTION TO DISMISS** was served upon the Defendant via United States Mail as follows:

CARL LEVIN
155 S Main St
Stuit 301
Providence, RI 02903
*Attorney for Defendant*

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and BMG MUSIC, a New York general partnership, | ) | Civil No. CA06-120S<br>Judge William E. Smith |
| Plaintiffs, | ) | |
| v. | ) | |
| THOMAS KELLY, | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS**

As reason in support of Plaintiffs Motion to Dismiss the Court is respectfully advised of the following:

The parties have settled their dispute. As part of that settlement agreement, Plaintiffs agreed to dismiss the above-named action with prejudice, each side to bear its own costs and fees. There are no pending counterclaims. A proposed order to that effect is attached for the Court's convenience.

Respectfully submitted,

Dated: 7/31/06

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; PRIORITY RECORDS LLC; and BMG MUSIC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of July 2006, a copy of the foregoing **MEMORANDUM** was served upon the Defendant via United States Mail as follows:

CARL LEVIN
155 S Main St
Stuit 301
Providence, RI 02903
*Attorney for Defendant*

______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852