**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
AUG - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and BMG MUSIC, a New York general partnership,

Plaintiffs,

v.

THOMAS KELLY,

Defendant.

Civil No. CA06-120S

Judge William E. Smith

## MOTION TO DISMISS

Plaintiffs Elektra Entertainment Group Inc., Sony BMG Music Entertainment, Capitol Records, Inc., UMG Recordings, Inc., Priority Records LLC, and BMG Music (collectively, "Plaintiffs") respectfully move this Court to dismiss the above-named matter with prejudice, each side to bear its own costs and fees.

Dated: 7/31/06

Respectfully Submitted,

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; PRIORITY RECORDS LLC; and BMG MUSIC

GRANTED

William E. Smith
U.S. District Judge
8/3/06